# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE CORNUCOPIA INSTITUTE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  16-0148 (RC) |
| | : | |
| v. | : | Re Document No.:  25 |
| | : | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING PLAINTIFF'S CONSENT MOTION TO MODIFY BRIEFING SCHEDULE AND TO STRIKE PRIOR FILINGS

Upon consideration of Plaintiff's Consent Motion to Modify Briefing Schedule and to Strike Prior Filings (ECF No. 25), it is hereby **ORDERED** that:

1. The Court **STRIKES** Defendant's Motion for Summary Judgment (ECF No. 17), Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 19), Plaintiff's Cross-Motion for Summary Judgment (ECF No. 20), Defendant's Reply in Support of Its Motion for Summary Judgment (ECF No. 22), and Plaintiff's Reply in Support of Its Motion for Summary Judgment (ECF No. 23).

2. Defendant shall refile its motion for summary judgment by **January 5, 2018**.

2. Plaintiff shall file its opposition to Defendant's motion for summary judgment and cross-motion for summary judgment by **February 2, 2018**.

3. Defendant shall file its reply to Plaintiff's opposition and opposition to Plaintiff's cross-motion by **March 16, 2018**.

Case 1:16-cv-00148-RC   Document 26   Filed 12/27/17   Page 2 of 2

4. Plaintiff shall file its reply in support of its motion for summary judgment by **April 18, 2018**.

**SO ORDERED**.

Dated: December 27, 2017                                         RUDOLPH CONTRERAS
                                                                                        United States District Judge